Case 2:15-cv-00467   Document 24   Filed in TXSD on 11/28/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL BATES, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-467 |
| | § | |
| G PARKER, *et al*, | § | |
| | § | |
| Respondents. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DISMISS FOR FAILURE TO PROSECUTE**

On November 1, 2016, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss for Failure to Prosecute" (D.E. 21). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 21), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge.  Accordingly, Plaintiff's action, set forth in his Complaint (D.E. 1), is **DISMISSED WITHOUT PREJUDICE**.

ORDERED this 28th day of November, 2016.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE